IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINK MANAGEMENT AGENCY LLC, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIV ACTION NO. 3:26-cv-00076-N |
| | § | |
| PISCO MEDIA GROUP LLC D/B/A | § | |
| THE SOCIABLE SOCIETY, JAYZEME | § | |
| KENT-HUME, EMILY FONDA, ROY | § | |
| PETERS, SARA WILLIAMS, and LEXI | § | |
| RUBINSTEIN | § | |
| | § | |
| | § | |
|    Defendants. | § | |

---

**ORDER GRANTING PLAINTIFF LINK MANAGEMENT AGENCY LLC'S
UNOPPOSED MOTION FOR LEAVE TO REPLACE [DOC 23] WITH A REVISED
VERSION OF PLAINTIFF'S BRIEF TO SUPPORT EMERGENCY MOTION FOR
JURISDICTIONAL DISCOVERY AND MOTION TO CONTINUE RESPONSE
DEADLINE FOR MOTIONS TO DISMISS**

---

Before the Court is the Unopposed Motion for Leave to Replace [DOC 23] filed in the

above-entitled Court on February 2, 2026, with a Revised Version of Plaintiff Link Management

Agency LLC's Brief to Support Emergency Motion for Jurisdictional Discovery and Motion to

Continue Response Deadline for Motions to Dismiss.

Having considered the Motion, the Court finds that the Motion should be and hereby is

GRANTED.

IT IS THEREFORE ORDERED that DOC 23 shall be replaced with the revised version of

Plaintiff Link Management Agency LLC's Brief to Support Emergency Motion for Jurisdictional

Discovery and Motion to Continue Response Deadline for Motions to Dismiss attached as

Exhibit A to Link's Unopposed Motion.

Signed on May 26, 2026.

David C. Godbey
Senior United States District Judge