IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINK MANAGEMENT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-76-N |
| | § | |
| DEFENDANT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This Order addresses Plaintiff Link Management's Emergency Motion for Clarification [37].  Link Management may depose Defendants Lexi Rubenstein, Emily Fonda, Jayzeme Kent-Hume, and Sara Williams regarding jurisdictional discovery for two hours each.

Signed August 3, 2026.

_____
David C. Godbey
Senior United States District Judge

ORDER – PAGE 1